**Order entered November 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00672-CR

**ANDREW CLARENCE DAVIS, III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-12582-S**

## ORDER

The Court **REINSTATES** the appeal.

On October 30, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On November 14, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 30, 2014 order requiring findings.

We **GRANT** the November 14, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE